IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DARMARIS GRAY, on behalf of himself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 1:15-cv-4264-AT |
| v. | : : | |
| WIRELESS VISION, LLC, | : : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Parties' Joint Motion for Approval of Settlement along with a copy of the settlement agreement filed in the record of this case on October 6, 2017 [Doc. 77]. The Court reviews the Agreement for adequacy, consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

The Court has reviewed the proposed settlement agreement and considered counsel's explanation of the settlement terms and the practical litigation considerations that warrant settlement of this matter. Based on the totality of counsels' explanation, the Court finds that the Settlement Agreement under the circumstances of this case is fair, adequate, and reasonable.

Accordingly, the Court **GRANTS** the Parties' Joint Motion for Approval of Settlement [Doc. 77] and enters the following Order:

The Court hereby (1) **APPROVES** as fair, adequate and reasonable the settlement of $269,333.96 settlement set forth in the Agreement attached as Exhibit A to the parties' motion; (2) **DISMISSES** the lawsuit **WITH PREJUDICE**; (3) **AWARDS** Plaintiffs' attorneys fees and costs in the amount of $315,666.34 and $15,000.00, respectively; (4) **AWARDS** service awards to Named Plaintiff Darmaris Gray and Opt-In Plaintiff Jose Cedeno, in the amount of $12,000.00 and $8,000.00 respectively; and (5) **RETAINS JURISDICTION** to enforce the settlement.  The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 17th day of October, 2017.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**